IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORP., | CASE NO. CV F 09-1719 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| SPEEDY ENTERPRISES and SPEEDY CAR WASH, | |
| Defendants. / | |

This Court's March 19, 2010 order vacated dates and ordered plaintiff to file appropriate papers to dismiss or conclude this action in its entirety, no later than April 16, 2010.  Plaintiff has not filed a Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).  On the basis of good cause, this Court ORDERS plaintiff, **no later than August 16, 2010**, to show good cause in writing why this Court should not impose monetary or other sanctions against plaintiff and/or counsel for failure to comply with the Court's order.  This Order to Show Cause will be discharged if, no later than **August 13, 2010**, plaintiff files appropriate papers to dismiss this action and to comply with Fed. R. Civ. P. 41(a)(1).  This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   August 11, 2010**              /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE

1