# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORP., | CASE NO. CV F 09-1637 LJO GSA |
| Plaintiff, | **ORDER TO DISCHARGE OSC AND CLOSE** |
| vs. | |
| SPEEDY ENTERPRISES and SPEEDY CAR WASH, | |
| Defendants. / | |

In response to this Court's August 11, 2010 order to show cause, Plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a) on August 11, 2010. Accordingly, this Court DISCHARGES the show cause order and DIRECTS the clerk of court to close this action.

Dated: August 12, 2010                             /s/ Lawrence J. O'Neill
                                                   Honorable Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE

1